## STATE OF CONNECTICUT *v.* DAVID M. ECCLESTON (14895)

O'Connell, Foti and Schaller, Js.

Argued February 14—decision released March 5, 1996

*Steven C. Antignani* filed a brief for the appellant (defendant).

*Leon F. Dalbec, Jr.*, assistant state's attorney, with whom, on the brief, were *Michael Dearington,* state's attorney, and *Juliett Crawford,* supervisory assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.